# EISNER & DICTOR, P.C.

ATTORNEYS AT LAW
39 BROADWAY, SUITE 1540
NEW YORK, NEW YORK 10006

TELEPHONE: (212) 473-8700
FACSIMILE: (212) 473-8705

E-MAIL: office@eisnerdictor.com
INTERNET: www.eisnerdictor.com

EUGENE G. EISNER
BENJAMIN N. DICTOR
THOMAS J. LAMADRID

OF COUNSEL
NATHANIEL K. CHARNY*
ROGER J. BERNSTEIN

* NY AND NJ BAR

June 22, 2018

IN CLERK'S OFFICE
U.S. DISTRICT COURT E D N Y

★ JUN 2 5 2018

BROOKLYN OFFICE

Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Mario Trejo vs.
      K.A.M. Food Store, Inc., etc., et all
      18cv3320 – DLI – JO

Dear Sir/Madam:

My office represents plaintiff in the above-referenced matter. In accordance with the ECF Rules & Instructions, enclosed please find the Affidavits of Service of the Summons, Complaint, ECF Rules and Instructions and Individual Practices of Judge Dora L. Irizarry upon each respective defendant, together with a copy of the ECF Notices of Electronic Filing.

Thank you for your attention to the foregoing.

Very truly yours,

Thomas J. Lamadrid

TJL:ec
Encls.

MARIO TREJO

                                                    **Plaintiff(s)**

                    - against -                                    Index # 1:18-CV-03320-DLI-JO

K.A.M. FOOD STORE, INC. D/B/A MET FOODMARKETS, ETAL          Purchased June 7, 2018

                                                    **Defendant(s)**

                                                    **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

MOHAMED HUSSEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 14, 2018 at 11:22 AM at                        IN CLERK'S OFFICE
                                                    U.S. DISTRICT COURT E.D.N.Y.
739 NOSTRAND AVENUE
BROOKLYN, NY11216                                        ★   JUN 2 5 2018   ★

deponent served the within SUMMONS AND COMPLAINT; INDIVIDUAL MOTION PRACTICE AND RULES OF JUDGE DORA L. IRIZARRY; CM/ECF USER'S GUIDE on K.A.M. FOOD STORE, INC. D/B/A MET FOODMARKETS therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to JOE "SMITH" personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT; INDIVIDUAL MOTION PRACTICE AND RULES OF JUDGE DORA L. IRIZARRY; CM/ECF USER'S GUIDE as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|-----------|-----------|---------------|------------------|-----------------|
| MALE | BROWN | BALD | 35 | 6'4 | 220 |

PERSON SPOKEN TO REFUSED TO STATE TRUE LAST NAME.

Sworn to me on:  June 15, 2018

JOSEPH KNIGHT              RALPH J MULLEN              VINETTA BREWER              **MOHAMED HUSSEIN**
Notary Public, State of New York   Notary Public, State of New York   Notary Public, State of New York
No. 01KN6178241            No. 01MU6238632            No. 4949206                License #: 2047473
Qualified In New York County   Qualified in New York County   Qualified in Bronx County
Commission Expires November 26, 2019   Commission Expires April 11,2019   Commission Expires April 3, 2019   Invoice #: 697060

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728  NYCDCA#1102045

Eugene Eisner

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Thursday, June 21, 2018 3:07 PM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 1:18-cv-03320-DLI-JO Trejo v. K.A.M. Food Store, Inc. et al Summons Returned Executed |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of New York**

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 2 5 2018

BROOKLYN OFFICE

## Notice of Electronic Filing

The following transaction was entered by Lamadrid, Thomas on 6/21/2018 at 3:06 PM EDT and filed on 6/21/2018

| | |
|---|---|
| **Case Name:** | Trejo v. K.A.M. Food Store, Inc. et al |
| **Case Number:** | 1:18-cv-03320-DLI-JO |
| **Filer:** | Mario Trejo |
| **Document Number:** | 5 |

**Docket Text:**
**SUMMONS Returned Executed by Mario Trejo. K.A.M. Food Store, Inc. served on 6/14/2018, answer due 7/5/2018. (Lamadrid, Thomas)**

**1:18-cv-03320-DLI-JO Notice has been electronically mailed to:**

Thomas J. Lamadrid     thomas@eisnerdictor.com, ben@eisnerdictor.com, esther@eisnerdictor.com, gene@eisnerdictor.com

**1:18-cv-03320-DLI-JO Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=6/21/2018] [FileNumber=12943973-0]
[b74a0ce4c7df6c73177835d8069b45dd2732c2d58072c3f3234337625abd8d5d1fc7
f56ead98f2dd1350227956acecd27884d011ac87b4b5a66b6ff46a9334c4]]

1

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK

MARIO TREJO

Plaintiff(s)

Index # 1:18-CV-03320-DLI-JO

- against -

Purchased June 7, 2018

K.A.M. FOOD STORE, INC. D/B/A MET FOODMARKETS, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

MOHAMED HUSSEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 14, 2018 at 11:22 AM at

C/O K.A.M. FOOD STORE, INC. D/B/A MET FOODMARKETS
739 NOSTRAND AVENUE
BROOKLYN, NY 11216

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 2 5 2018   ★

BROOKLYN OFFICE

deponent served the within SUMMONS AND COMPLAINT; INDIVIDUAL MOTION PRACTICE AND RULES OF JUDGE DORA L. IRIZARRY; CM/ECF USER'S GUIDE on MAHMOUD HASSAN DOLAH therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to JOE "SMITH" a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|------|------------|------------|---------------|------------------|-----------------|
| MALE | BROWN | BALD | 35 | 6'4 | 220 |

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O K.A.M. FOOD STORE, INC. D/B/A MET FOODMARKETS
739 NOSTRAND AVENUE
BROOKLYN, NY 11216

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on June 15, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

PERSON SPOKEN TO REFUSED TO STATE TRUE LAST NAME.

Sworn to me on:  June 15, 2018

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11,2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

**MOHAMED HUSSEIN**
License #: 2047473

Invoice #: 697060

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728  NYCDCA#1102045

Eugene Eisner

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Thursday, June 21, 2018 3:08 PM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 1:18-cv-03320-DLI-JO Trejo v. K.A.M. Food Store, Inc. et al Summons Returned Executed |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of New York**

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  JUN 2 5 2018  ★

BROOKLYN OFFICE

## Notice of Electronic Filing

The following transaction was entered by Lamadrid, Thomas on 6/21/2018 at 3:07 PM EDT and filed on 6/21/2018

| | |
|---|---|
| **Case Name:** | Trejo v. K.A.M. Food Store, Inc. et al |
| **Case Number:** | 1:18-cv-03320-DLI-JO |
| **Filer:** | Mario Trejo |
| **Document Number:** | 6 |

**Docket Text:**
**SUMMONS Returned Executed by Mario Trejo. Mahmoud Hassan Dolah served on 6/14/2018, answer due 7/5/2018. (Lamadrid, Thomas)**

**1:18-cv-03320-DLI-JO Notice has been electronically mailed to:**

Thomas J. Lamadrid    thomas@eisnerdictor.com, ben@eisnerdictor.com, esther@eisnerdictor.com, gene@eisnerdictor.com

**1:18-cv-03320-DLI-JO Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=6/21/2018] [FileNumber=12943987-0]
[722cbaf8b9adad95c9c63b3427cd75ec09d49fa4c12def9781f3e612aa5d541a7acf
d85258b57387eed8b3ba72b7aa9ea5766f1918ea84b97b4a0707c9358a24]]

1

MARIO TREJO

**Plaintiff(s)**

- against -

Index # 1:18-CV-03320-DLI-JO

Purchased June 7, 2018

K.A.M. FOOD STORE, INC. D/B/A MET FOODMARKETS, ETAL

**Defendant(s)**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

MOHAMED HUSSEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 14, 2018 at 11:22 AM at

C/O K.A.M. FOOD STORE, INC. D/B/A MET FOODMARKETS
739 NOSTRAND AVENUE
BROOKLYN, NY 11216

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 25 2018 ★

BROOKLYN OFFICE

deponent served the within SUMMONS AND COMPLAINT; INDIVIDUAL MOTION PRACTICE AND RULES OF JUDGE DORA L. IRIZARRY; CM/ECF USER'S GUIDE on KAREEM DOLAH therein named,

**SUITABLE AGE**
by delivering thereat a true copy of each to JOE "SMITH" a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|------|------------|------------|---------------|------------------|-----------------|
| MALE | BROWN | BALD | 35 | 6'4 | 220 |

**MAILING**
Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O K.A.M. FOOD STORE, INC. D/B/A MET FOODMARKETS
739 NOSTRAND AVENUE
BROOKLYN, NY 11216

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on June 15, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE**
Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

PERSON SPOKEN TO REFUSED TO STATE TRUE LAST NAME.

Sworn to me on: June 15, 2018

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11,2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

**MOHAMED HUSSEIN**
License #: 2047473

Invoice #: 697060

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045

Eugene Eisner

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Thursday, June 21, 2018 3:09 PM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 1:18-cv-03320-DLI-JO Trejo v. K.A.M. Food Store, Inc. et al Summons Returned Executed |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered by Lamadrid, Thomas on 6/21/2018 at 3:08 PM EDT and filed on 6/21/2018
**Case Name:** Trejo v. K.A.M. Food Store, Inc. et al
**Case Number:** 1:18-cv-03320-DLI-JO
**Filer:** Mario Trejo
**Document Number:** 7

**Docket Text:**
**SUMMONS Returned Executed by Mario Trejo. Kareem Dolah served on 6/14/2018, answer due 7/5/2018. (Lamadrid, Thomas)**

**1:18-cv-03320-DLI-JO Notice has been electronically mailed to:**

Thomas J. Lamadrid    thomas@eisnerdictor.com, ben@eisnerdictor.com, esther@eisnerdictor.com, gene@eisnerdictor.com

**1:18-cv-03320-DLI-JO Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=6/21/2018] [FileNumber=12944002-0]
[60f9f74a816581bb2d4c2b6e6d667fa87230044c8f1e3ea55b90f8fdac2d239f8409
4cd92f4bf4146e66cdd753dddaf1bccc15959a35f1ac35a19c73be2ade8b]]

1



EISNER & DICTOR, P.C.
ATTORNEYS AT LAW
39 BROADWAY, SUITE 1540
NEW YORK, NEW YORK 10006

Clerk of the Court
US District Court/EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

06/22

B40378.07

$0.47 0
US POSTAGE
FIRST-CLASS
062S0011438028
10006

stamps.com