# HKP | HARFENIST KRAUT & PERLSTEIN LLP

STEVEN J. HARFENIST
DIRECT TEL.: 516-355-9630
DIRECT FAX: 516-355-9601
SHARFENIST@HKPLAW.COM

August 13, 2018

**VIA ECF**
United States District Court
Eastern District of New York
Magistrate Judge James Orenstein
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Mario Trejo v. K.A.M. Food Store, Inc, et al*
Docket No: 18-cv-3320(DLI)(JO)

Dear Judge Orenstein:

We represent defendants, K.A.M. Food Store, Inc. d/b/a Met Foodmarkets, Mahmoud Hassan Dolah and Kareem Dolah, in the subject matter.

Please let this letter serve as a request for an adjournment of the initial conference scheduled for August 27, 2018. This request is being made as I will be away from August 23 through September 7, 2018. Counsel for plaintiff has consented to this request.

The parties are available September 10, 11, 13, 17 or 18, 2018 or to a mutually convenient date to the Court.

Thank you for your consideration to this matter.

Very truly yours,
HARFENIST KRAUT & PERLSTEIN, LLP

By: *Steven J. Harfenist*
Steven J. Harfenist

SJH/lam
cc: Thomas Lamadrid, Esq. (via ECF)